# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES- SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center;**<br><br>      **Plaintiff**<br><br>vs.<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN, a Michigan corporation, and DOES 1-10, Inclusive.**<br><br>      **Defendants.** | Case No. 2:11-CV-02683-WBS-JFM<br>Judge: William B. Shubb<br><br>**ORDER UPON STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT AND PENDING MOTION TO DISMISS** |

      The Court, having reviewed the Stipulation Re: Filing of First Amended Complaint and Pending Motion to Dismiss, (the "Stipulation") between plaintiff Prime Healthcare Services- Shasta, LLC dba Shasta Regional Medical Center

("Plaintiff") and defendant Blue Cross Blue Shield of Michigan ("BC Michigan"), finds good cause exists to enter an order approving said Stipulation.

Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff shall file the First Amended Complaint on or before January 16, 2012 .

2. Upon receipt of Plaintiff's First Amended Complaint, BC Michigan shall withdraw its motion to dismiss without prejudice to their right to re-file similar motions based on Plaintiff's First Amended Complaint.

Dated: January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE