# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES - SHASTA, LLC**, a Delaware limited liability company doing business as **Shasta Regional Medical Center;**<br><br>　　Plaintiff<br>vs.<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN**, a Michigan Corporation; and DOES 1 through 100, Inclusive.<br><br>　　Defendants. | Case No. 2:11-CV-02683-WBS-JFM<br>Judge: William B. Shubb<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

1

# **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action against defendant Blue Cross Blue Shield of Michigan shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their owns costs and fees.

Dated:   February 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE